**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7476

WILLIAM FERNANDO BEARD,

Plaintiff - Appellant,

versus

DORTHY TUELL, Manager; HELEN F. FAHEY,
Chairwoman; DAVID N. HARKER; CAROL ANN
SIEVERS,

Defendants - Appellees,

and

DEPARTMENT OF CORRECTIONS; VIRGINIA PAROLE
BOARD,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior
District Judge. (CA-04-764-2)

Submitted: January 26, 2006        Decided: February 3, 2006

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Fernando Beard, Appellant Pro Se. Richard Carson Vorhis,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Fernando Beard appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Beard v. Tuell, No. CA-04-764-2 (E.D. Va. Aug. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED